UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| Conrad Raczkowski, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>- against -<br><br>Conagra Brands, Inc.,<br><br>               Defendant | 2:22-cv-02061-CSB-EIL |

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff gives notice that this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:    April 19, 2023

                                                                                   Respectfully submitted,

                                                                                  /s/Spencer Sheehan
                                                                                  Sheehan & Associates, P.C.
                                                                                  60 Cuttermill Rd Ste 412
                                                                                  Great Neck NY 11021
                                                                                  (516) 268-7080
                                                                                  spencer@spencersheehan.com